## McLENDON v. THE STATE.

HILL, J. The only exception taken in this case, in addition to the general grounds of the motion for new trial, is that the trial judge failed to charge the jury the law relating to manslaughter. Under the evidence, neither voluntary nor involuntary manslaughter was involved. The verdict is supported by the evidence, and the court did not err in refusing a new trial.         *Judgment affirmed. All the Justices concur.*
                        OCTOBER 18, 1916.

Indictment for murder. Before Judge Highsmith. Glynn superior court. March 9, 1916.

*Max Isaac,* for plaintiff in error.

*Clifford Walker, attorney-general, J. H. Thomas, solicitor-general,* and *Mark Bolding,* contra.

## HENDRIX v. THE STATE.

GILBERT, J. There was sufficient evidence to warrant the finding of the jury, and the court did not abuse his discretion in approving the same by overruling the motion for a new trial.
                   *Judgment affirmed. All the Justices concur.*
                        OCTOBER 18, 1916.

Indictment for murder. Before Judge Hardeman. Bulloch superior court. December 6, 1915.

*Anderson & Jones,* for plaintiff in error.

*Clifford Walker, attorney-general, R. Lee Moore, solicitor-general,* and *Mark Bolding,* contra.